UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

In re URBAN COMMUNICATIONS PCS          08 Civ. 7921 (RWS)
LIMITED PARTNERSHIPS

                                              O R D E R

------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09
```

Sweet, D.J.,

    In light of the Court's opinion of September 12, 2008, in the related matter 08 Civ. 502, the pending appeal from the bankruptcy court's July 31, 2008 order is hereby dismissed.

    It is so ordered.

**New York, NY**
**September 30, 2009**
                ROBERT W. SWEET
                  U.S.D.J.